ACCEPTED
04-14-00562-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 10:07:03 AM
KEITH HOTTLE
CLERK

# NO. 04-14-00562-CV

IN THE TEXAS COURT OF APPEALS FOR THE FOURTH DISTRICT,
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 10:07:03 AM
KEITH E. HOTTLE
Clerk

\* \* \* \* \*

**JESUS DE LOS SANTOS, JR., Individually and as Representative of the
ESTATE OF JESUS FRANCISCO DE LOS SANTOS, and JUAN DE LOS
SANTOS, Appellants; and MARCO ANTHONY SOLIS, JR., Cross-Appellant,**

v.

**FORD MOTOR COMPANY,**

**Appellee**

\* \* \* \* \*

On Appeal from the 79th Judicial District Court
Jim Wells County, Texas
Trial Court Cause No. 11-08-50394-CV

\* \* \* \* \*

**OPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTIONS FOR REHEARING**

\* \* \* \* \*

THE HONORABLE JUSTICES OF THE COURT:

Jesus De Los Santos, Jr. Individually and as Representative of the Estate of Jesus Francisco De Los Santos and Juan De Los Santos, Appellants, respectfully presents this opposed motion requesting that the time for filing Appellant's motions for rehearing be extended twenty (20) days from July 2, 2015 to July 22, 2015. In support of this motion, Appellants would show the Court as follows:

1.     This motion is being filed prior to the time Appellants' Motion for Rehearing is due. TRAP 49.8.

2.     This appeal involves review of a trial court's final judgment rendered on May 15, 2014.

3.     Appellants' motions for rehearing are due on or before July 2, 2015.

4.     Appellant request the Court order Appellants' Reply Brief to be due twenty (20) days from date the brief is currently due, or on or before July 22, 2015, because of significant scheduling conflicts for their appellate counsel as detailed below.

5.     Appellate Counsel for Appellant, Brendan K. McBride, has several scheduling conflicts that coincide with the current filing deadline of July 2, 2015.  Mr. McBride is preparing for trial of a products liability/wrongful death case in the United States District Court for the District of Nevada in a cause styled *Lindner v. Evenflo Company, Inc.*, Cause No. 2:20-CV-00051-LDG(VCF).  Mr. McBride is responsible for preparing trial briefing, motions and jury instructions to be presented at the final pretrial conference in the *Lindner* case, which is set for July 7, 2012 in Las Vegas Nevada.  In addition, Mr. McBride is the lead appellate counsel for Appellant in case styled *Brewer, et. al. v. Lowe's Home Centers, Inc.*, Cause No. 12-14-00155-CV, pending before the Twelfth District Court of Appeals in Tyler, Texas.  Appellants' reply brief is due to be filed in the *Brewer* matter on or before July 9, 2015.  Finally, Mr. McBride has a previously planned personal vacation out of state scheduled for July 2-6, 2015.

6.     In order for their counsel to give the necessary attention to the issues and the preparation of the motions for rehearing in this matter, Appellants request a twenty (20) day extension of time to accommodate these scheduling conflicts.

7.     This is the first extension Appellant has requested regarding Appellants' motions for rehearing.

8.     This extension is not requested for any purpose of delay, but so that justice may be done.

9.     **Certificate of Conference:** Counsel for Appellants conferred with Allyson Ho, lead appellate counsel for Appellee Ford Motor Company, regarding the relief requested in this motion.  Ms. Ho represented that Appellees would not agree to the relief requested in this motion.

Respectfully submitted,

By: _____
     Brendan K. McBride
     State Bar No. 24008900
     Brendan.mcbride@att.net
     THE MCBRIDE LAW FIRM
      Of Counsel to GRAVELY & PEARSON, LLP
     425 Soledad, Suite 620
     San Antonio, Texas 78205
     (210) 227-1200 Telephone
     (210) 881-6752 Facsimile

     And

     Jeffrey G. Wigington
     State Bar No. 00785246
     jwigington@wigrum.com
     R. Reagan Sahadi
     State Bar No. 24042369
     rsahadi@wigrum.com
     WIGINGTON RUMLEY DUNN
      & BLAIR, LLP
     123 N. Carrizo St.
     Corpus Christi, Texas 78401
     (361) 881-7500

(361) 884-0487 (Facsimile)

COUNSEL FOR APPELLANTS,
JESUS DE LOS SANTOS, JR.
INDIVIDUALLY AND AS
REPRESENTATIVE OF THE
ESTATE OF JESUS FRANCISCO DE
LOS SANTOS AND JUAN DE LOS
SANTOS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on this 24th day of January, 2015 to Appellee's counsel of record, Allyson Ho and Cross-Appellant Marco Soliz, Jr.'s lead appellate counsel, Lupita Aguilar, via email and by electronic service through Texas.gov.

_____
Brendan K. McBride